UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. GEOLOGICAL SURVEY,<br><br>*Defendant*. | Civil Action No. 23-0146 (CRC) |

**JOINT STATUS REPORT**

Pursuant to this Court's November 2, 2023 Minute Order, Defendant U.S. Geological Survey ("Defendant" or "Agency"), and Plaintiff Protect the Public's Trust, by and through their respective counsel, hereby submit this joint status report appraising the Court as to the status of this Freedom of Information Act ("FOIA") case.

On January 18, 2023, Plaintiff filed its Complaint, which seeks the release of records responsive to Plaintiff's August 18, 2021 and February 3, 2022 FOIA requests ("August 2021 Request" and "February 2022 Request" respectively). *See* Compl., ECF No. 1 ¶¶ 8, 19. Plaintiff's August 2021 Request seeks communications relating to grants provided by the Agency to the Wuhan Laboratory. *See* ECF No. 1-1 at 1. Plaintiff's February 2022 Request seeks an assortment of records held in the Agency's National Wildlife Health Center. A status regarding both requests is as follows.

As for Plaintiff's August 2021 Request, the Agency issued a no records response on September 14, 2021. *See* Compl. ¶ 11. On November 30, 2021, Plaintiff appealed this decision to the Agency. *See id.* ¶ 12. The Agency states that on January 10, 2022, the Agency issued an appeal decision, denying Plaintiff's appeal. The parties are conferring regarding the Agency's

response to determine whether it is possible to resolve any issues regarding this response outside of the Court.

As for Plaintiff's February 2022 Request, the Agency sought clarification on this request in March 2022, to which Plaintiff responded on April 4, 2022 with specific terms the Agency could use for narrowing. On April 14, 2023, Defendant produced an initial interim response including records responsive to Items 2, 3, 4, and 6 of the request, totaling approximately 206 pages, nine of which contained redactions under FOIA Exemptions 3, 6, and 7(f). After making this initial release, there remained approximately 1,400 pages responsive to Plaintiff's February 22 Request, which required further consultations with the Defense Advanced Research Projects Agency ("DARPA") to process. Having now completed that consultation process, the Agency has finalized its review of these remaining records and is releasing all responsive non-exempt segregable information contained in these records to Plaintiff today, November 30, 2023. The November 30, 2023 release is also the Agency's final release in this matter. After Plaintiff has had a chance to review the Agency's final release, the parties will confer to discuss any issues that Plaintiff may have with regard to the Agency's production in this case or any other matters, in order to attempt to resolve these issues outside of litigation.

In light of the current status of Plaintiff's FOIA request, the parties respectfully request that they be allowed to file a further joint status report by January 30, 2024 to apprise the Court of their progress in this matter.

*   *   *

3

| | |
|---|---|
| Date: November 30, 2023 | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar. #481052 |
| By: */s/ Gary M. Lawkowski* | United States Attorney |
| Gary M. Lawkowski | |
| D.D.C. Bar ID: VA125 | BRIAN P. HUDAK |
| DHILLON LAW GROUP, INC. | Chief, Civil Division |
| 2121 Eisenhower Avenue, Suite 608 | |
| Alexandria, Virginia 22314 | By:    /s/ Anna D. Walker |
| Telephone: 703-574-1654 | ANNA D. WALKER |
| GLawkowski@Dhillonlaw.com | Assistant United States Attorney |
| | 601 D. Street, NW |
| *Counsel for Plaintiff* | Washington, District of Columbia 20530 |
| | Telephone: (202) 252-2544 |
| | Anna.Walker@usdoj.gov |
| | |
| | *Counsel for the United States of America* |